## UNITED STATE DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RTL Construction, Inc., | Civil No. 12-1155 (RHK/FLN) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| North Central States Regional Council of Carpenters f/k/a Lakes and Plains Regional Council of Carpenters & Joiners, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 11), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, with each side to bear its own attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 14, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
